UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SHAWN MARSHALL TOMPKINS,

        Plaintiff,

  v.

SGT. STEPHENS et al,

        Defendant.
_____/

Case Number: CV07-05052 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shawn Marshall Tompkins V-82440
C.S.P. Corcoran
4B1R-20R
P.O. Box 3481
Corcoran, CA 93212

Dated: October 30, 2007

                                        Richard W. Wieking, Clerk
                                        By: Barbara Espinoza, Deputy Clerk