**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking　　　　　　　　　　　　　　　　　　　　　　　　　General Court Number
Clerk　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　415.522.2000

October 31, 2007

U.S. District Court
Eastern District of California
Office of the Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814

RE: CV 07- 5052  CRB(PR)   TOMPKINS V. STEPHENS ET AL

Dear Clerk,

　　　　Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

　　　　☒　　Certified copy of docket entries.

　　　　☒　　Certified copy of Transferral Order.

　　　　☒　　Original case file documents.

　　　　☐　　Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

　　　　Please acknowledge receipt of the above documents on the attached copy of this letter.

　　　　　　　　　　　　　　　　　　Sincerely,
　　　　　　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk

　　　　　　　　　　　　　　　　　　by:  Maria Loo
　　　　　　　　　　　　　　　　　　Case Systems Administrator

Enclosures
Copies to counsel of record